2010-28492
FILED
October 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002955176

1

L J LOHEIT TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 1858
SACRAMENTO, CA 95812-1858
(916)856-8000

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In Re:
Elinor O'Rourke

AKA: Elinor Lykes O'Rourke
Lynn Lykes O'Rourke
Elinor D O'Rourke/
DBA:

Case No: 10-28492-E-13L
MC NO: LJL- 2

ORDER DISMISSING CASE

THE COURT FINDS that the Trustee Filed a NOTICE OF DEFAULT AND APPLICATION TO DISMISS in the above referenced case. Debtor(s) have failed to cure the default, file a written objection and request a hearing, perform a pending modified plan, or file a motion to modify their plan and obtain approval of the modification within the time allowed.

IT IS HEREBY ORDERED that the case is dismissed.

Dated: October 01, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

RECEIVED
September 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002955176